IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELANIE A. LAMPENFELD,  :  <br>     Plaintiff             :  <br>                              :  <br> v.                           :  <br>                              :  <br>                              :  <br> PYRAMID HEALTHCARE, INC.,   :  <br> a wholly owned subsidiary of :  <br> CLEARVIEW CAPITAL, LLC,     :  <br> and BRETT L. SCHARF, M.D.,  :  <br>     Defendants            :  | CIVIL ACTION NO.   3:14-CV-0283  <br><br>(Judge Brann) |

**ORDER**

March 4, 2015

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 10) is GRANTED in its entirety.

2. Count I as against Defendant Scharf is dismissed without prejudice with leave to amend in accordance with this Court's decision.

3. Count II is dismissed without prejudice as against all Defendants with leave to amend in accordance with this Court's decision.

4. Count III is dismissed with prejudice as against all Defendants.

1

5. Defendant Clearview Capital, LLC is dismissed without prejudice from this action.

                        BY THE COURT:

                        <u>s/ Matthew W. Brann</u>
                        Matthew W. Brann
                        United States District Judge